JOHN GANNON, Respondent, *v.* CASPER D. HULETT,
                       Appellant.

*Negligence — motor vehicles — plaintiff struck by automobile upon*
  *alighting from trolley car — failure of driver of automobile to give*
  *warning or reduce speed — contributory negligence.*

*Gannon v. Hulett,* 214 App. Div. 746, affirmed.
(Argued December 4, 1925; decided December 18, 1925.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the third judicial department,
entered June 2, 1925, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant. Plaintiff
was struck by defendant's automobile after alighting
from a trolley car traveling south on the Albany-Troy
highway at about dusk. The automobile, approaching
from the south, struck the plaintiff after he had taken a
few steps toward the sidewalk. It was alleged that there
were no lights on the automobile; no warning of any
kind was given and its speed was not reduced as it
approached the standing trolley car stopped for the
purpose of discharging passengers. The defense was
contributory negligence.

  *Thomas H. Guy* for appellant.
  *J. S. Carter* for respondent.

  Judgment affirmed, with costs; no opinion.
  Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE,
ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.